In re   Neil Jon Bloomfield                                          Case No.   12-40625
 **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single-family residence in Fairfax, CA - 40.25% interest; (rental property); value listed is of entire property<br><br>233 Hillside<br>Fairfax, California | Debtor has a 40.25% interest | | 825,000.00 | Exceeds Value |
| Single-family residence in Novato, CA; (rental property)<br><br>29 Anton Way<br>Novato, California | | | 810,000.00 | Exceeds Value |
| Vacant lot in Monte Rio, CA<br>APN 095-160-006<br><br>9908 Main Street<br>Monte Rio, CA | Fee Simple | | 32,000.00 | 29,000.00 |
| Single-family residence and ranch/farming operation in Pilot Point, TX ** | Joint interest with Cole Road Ent., LLC | | 660,000.00 | Exceeds Value |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re __Neil Jon Bloomfield__  Case No. __12-40625__
      **Debtor**                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 9681 Cole Road Pilot Point, Texas  ** Value of lien on 9681 Cole Road is $825,000 less payments on account; and a reduction of the balance by offsets and rescission/restitution (in process) to $600,000 | | | | |
| Single-family residence in Pilot Point, TX  9635 Cole Road Pilot Point, Texas | Fee simple interest | | 725,000.00 | Exceeds Value |
| Single-family residence in Novato; subject to life estate in Catherine Fredericksen  1868 Virginia Avenue Novato, CA | | | 245,000.00 | 195,000.00 |
| Vacant lot in Clearlake  11793 Widgeon Way Clearlake, CA  ** Lot is steep, and incurred some earth movement in 2007-2008, making property of questionable value and some potential liability | Fee Simple | | 1,000.00 | 739.56 |
| | | Total ➤ | 3,298,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                                         Case No.  12-40625
              **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 2,020.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Law Offices of Neil Jon Bloomfield, Payroll Account.; No. XX-248-4 Closed; was at WestAmerica Bank | | 105.52 |
| | | Law Offices of Neil Jon Bloomfield, Operating Account.; No. XX-007-8 WestAmerica Bank; closed | | 2,814.53 |
| | | Neil Jon Bloomfield, Checking Account.; No. XX-3538 Sonoma Bank   (closed) 1447 Fourth Street; San Rafael, CA | | 184.79 |
| | | Neil Jon Bloomfield, Checking Account.; No.  XX-3699 Redwood Credit Union   (closed) PO Box 6104; Santa Rosa, CA  95406 | | 106.51 |
| | | Neil Jon Bloomfield, Checking Account.; No. XX-1666 Point Bank   (closed) 200 S. Hwy 377; Pilot Point, TX 76258 | | 160.68 |
| | | Neil Jon Bloomfield, Account No.  XX-1858 Marin Cty Federal Credit Union (closed) PO Box 4218; San Rafael, CA 94913 | | 2,217.04 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield                                    Case No.   12-40625
_____                              _____
            **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Law Offices of Neil Jon Bloomfield, Business Checking Account.; No.  XX-0610<br>City National Bank   (closed)<br>150 California St.; San Francisco, CA  94111 | | 40.63 |
| | | Law Offices of Neil Jon Bloomfield, Business Checking; No. XX-0306<br>Chase Bank   (closed)<br>PO Box 650754; San Antonio, TX | | 111.15 |
| | | Law Offices of Neil Jon Bloomfield, Checking Account.; No. XX-7194<br>Bank of Marin  (closed)<br>1101 Fourth St.; San Rafael, CA 94901 | | 188.58 |
| | | Neil Jon Bloomfield, Checking Account.; No.  XX-9225<br>Bank of America   (closed)<br>PO Box 37176; San Francisco, CA 94137 | | 75.17 |
| | | Neil Jon Bloomfield, Checking Account.; No.  XX-7517<br>Bank of America    (closed) **<br>1000 Fourth St.; San Rafael, CA 94901<br><br>**  transferred to DIP account | | 75.17 |
| | | Neil Jon Bloomfield, Checking Account.; No.  XX-9225<br>Bank of America   (closed) | | 75.17 |
| | | Neil Jon Bloomfield, Savings Account.; No.  XX-0908<br>Bank of America   (closed)<br>PO Box 37178; San Francisco, CA 94137 | | 439.64 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                                    Case No.  12-40625
_____                              _____
            **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Half-interest in deposit for lease-purchase of 9681 Cole Road; value listed is Debtor's share<br>Donnie and Scott Suggs | | 3,675.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary and necessary household furniture and furnishings, and art; other than the specific items set forth herein<br>233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | 3,000.00 |
| | | Oriental rugs (pet damaged)<br>233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | 100.00 |
| | | Oriental rugs<br>233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | 1,100.00 |
| | | Ordinary and necessary kitchen items, dishes, silverware, glasses | | 100.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re __Neil Jon Bloomfield__       Case No. __12-40625__
         **Debtor**                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, other art objects<br>233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | 500.00 |
| 6.  Wearing apparel. | | Ordinary and necessary clothing and personal items; wetsuits<br>233 Hillside; Fairfax, CA<br>901 E Street, #100; San Rafael, CA<br>2999 Dillon Beach Rd; Dillon Beach, CA<br>488 Seavy Lane; Petaluma, CA<br>9635 Cole Road; Pilot Point, TX | | 210.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Surfboards<br>Tennis racket and other sports equipment<br>Diigital Camera | | 300.00<br>20.00<br>50.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | 312 Trust Interests in MetLife PolicyholderTrust<br>John Hancock Life Insurance; policy no. UL1402737<br>Surrender value | | 1,951.00<br>8,023.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield                                                Case No.   12-40625
_____                          _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fifty percent (50%) ownership interest in Cole Road Enterprises, LLC | | Unknown |
| | | Percentage ownership interest in Point Vision Ranch, LLC | | 50.00 |
| | | Percentage ownership interest in Dillon Vision LLC | | 50.00 |
| | | Stock in Bloomfield Law Group, Inc. | | 9,000.00 |
| | | Law Office of Neil Jon Bloomfield | | 3,000.00 |
| | | 901 E Street, #100; San Rafael, CA | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Old uncollected judgments | | 100.00 |
| | | (most likely uncollectable; estimated value) | | |
| | | Accounts receivable and/or judgments in collection | | 5,000.00 |
| | | Debts belonging to Law Offices of Neil Jon Bloomfield (LONJB) or Neil Jon Bloomfield, individually. LONJB receivables subject to UCC-1 in favor of WestAmerica In collection with Bloomfield Law Group, Inc. (Estimated value) | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | One-third interest in $276,364 judgment against Richard Trieber; co-owned with Gerald Treadway; and, Polymer Technology, Inc. | | 82,121.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                          Case No.  12-40625
_____                                    _____
          **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Treadway, Polymer Technonolgy and Bloomfield v. Richard Trieber, et al.; Marin County Case no, CV 072748 (possibly uncollectable in whole or part) | | |
| | | Loan receivable from Born2Be Show Horses, LLC | | 5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Remainder interest after life estate  in 1868 Virginia Avenue, Novato, CA; listed in real estate Schedule A 1868 Virginia Avenue; Novato, CA | | 0.00 |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim (jointly held with Cole Road Enterprises, LLC) for damages against Donnie and Scott Suggs Right of rescission, damages, and treble damages against Messrs. Suggs, in an amount of at least $71,000 x 3 = $223,000, plus other damages including attorney's fees. Right to cancel purchase of 9681 Cole Road under Exclusive Preemptive Right to purchase | | 111,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Ford F450 truck 2008 Exiss horse trailer | | 26,500.00 9,000.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield                                      Case No.  12-40625
           **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 9635 Cole Road; Pilot Point, Texas | | |
| | | 2006 Sundowner horse trailer 9635 Cole Road; Pilot Point, Texas | | 26,300.00 |
| | | 2000 Fleetwood Jamboree 9635 Cole Road Pilot Point, Texas | | 3,000.00 |
| | | 2002 Ford Explorer 1994 Geo Barely operable | | 3,100.00 50.00 |
| | | 1990 Ford 350 Inoperable | | 0.00 |
| | | 1988 Ford E350 van Barely operable. | | 0.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Laptop computers 901 E Street, #100; San Rafael, CA | | 300.00 |
| | | Older computers, supplies and office equipment and software other than that owned by Bloomfield Law Group, Inc. 901 E Street, #100; San Rafael, CA | | 0.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Partial interest in 2001 John Deere Model 5210 tractor with Loader plus Bale Fork attachment (value listed is Debtor's share) 9635 Cole Road; Pilot Point, Texas | | 5,000.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re <u>Neil Jon Bloomfield</u>     Case No. <u>12-40625</u>
       **Debtor**                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Power and manual tools | | 200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prospective insurance proceeds for tree damage to garage at 233 Hillside; subject to lien for repairs | | 5,000.00 |
| | | 233 Hillside; Fairfax, Calfifornia (subject to Lender liens; payable to Insured (Debtor) and secured lenders) | | |
| | | Luggage and related personal items | | 90.00 |
| | | Personal items in storage | | 40.00 |
| | | 2999 Dillon Beach Rd; Dillon Beach, CA | | |
| | | 488 Seavy Lane; Petaluma, CA | | |
| | | Checks held for endorsement by clients of Bloomfield Law Group, Inc.; or in trust | | 0.00 |
| | | 901 E Street, Suite 100; San Rafael, CA | | |
| | | Cell phone, misc. small electronics | | 50.00 |
| | | Bloomfield Law Group Trust Account, cash reserve; funds belonging to Neil Jon Bloomfield | | 584.19 |
| | | Law Offices of Neil Jon Bloomfield, Trust Account; funds that belong to Neil Jon Bloomfield | | 1,000.00 |
| | | Miscellaneous personal property | | 100.00 |
| | | 9635 Cole Road; Pilot Point, TX | | |

<u>   0   </u>    continuation sheets attached     Total    $    323,778.77

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6C (Official Form 6C) (04/10)

In re  Neil Jon Bloomfield                                    Case No.  12-40625
                  **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Prospective insurance proceeds for tree damage to garage at 233 Hillside; subject to lien for repairs | C.C.P. 703.140(b)(5) | 3,675.00 | 5,000.00 |
| Partial interest in 2001 John Deere Model 5210 tractor with Loader plus Bale Fork attachment (value listed is Debtor's share) | C.C.P. 703.140(b)(5) C.C.P. 703.140(b)(6) | 3,732.00 1,268.00 | 5,000.00 |
| Vacant lot in Monte Rio, CA APN 095-160-006 | C.C.P. 703.140(b)(5) | 0.00 | 32,000.00 |
| Half-interest in deposit for lease-purchase of 9681 Cole Road; value listed is Debtor's share | C.C.P. 703.140(b)(5) | 0.00 | 3,675.00 |
| Claim (jointly held with Cole Road Enterprises, LLC) for damages against Donnie and Scott Suggs | C.C.P. 703.140(b)(5) | 0.00 | 111,500.00 |
| Single-family residence in Novato; subject to life estate in Catherine Fredericksen | C.C.P. 703.140(b)(5) | 0.00 | 245,000.00 |
| Vacant lot in Clearlake | C.C.P. 703.140(b)(5) | 0.00 | 1,000.00 |
| Ordinary and necessary household furniture and furnishings, and art; other than the specific items set forth herein | C.C.P. 703.140(b)(3) | 4,000.00 | 3,000.00 |
| Cash on hand | C.C.P. 703.140(b)(5) | 2,020.00 | 2,020.00 |
| One-third interest in $276,364 judgment against Richard Trieber; co-owned with Gerald Treadway; and, Polymer Technology, Inc. | C.C.P. 703.140(b)(5) | 0.00 | 82,121.00 |
| Old uncollected judgments | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield         Case No.   12-40625
_____     _____
         **Debtor**                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Accounts receivable and/or judgments in collection | C.C.P. 703.140(b)(5) | 0.00 | 5,000.00 |
| Percentage ownership interest in Point Vision Ranch, LLC | C.C.P. 703.140(b)(5) | 0.00 | 50.00 |
| Percentage ownership interest in Dillon Vision LLC | C.C.P. 703.140(b)(5) | 0.00 | 50.00 |
| 2000 Fleetwood Jamboree | C.C.P. 703.140(b)(6) | 582.00 | 3,000.00 |
| 2002 Ford Explorer | C.C.P. 703.140(b)(2) <br> C.C.P. 703.140(b)(5) | 1,500.00 <br> 1,600.00 | 3,100.00 |
| 1994 Geo | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Oriental rugs (pet damaged) | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Oriental rugs | C.C.P. 703.140(b)(3) | 1,100.00 | 1,100.00 |
| Stock in Bloomfield Law Group, Inc. | C.C.P. 703.140(b)(5) | 9,100.00 | 9,000.00 |
| Ordinary and necessary clothing and personal items; wetsuits | C.C.P. 703.140(b)(3) | 210.00 | 210.00 |
| Ordinary and necessary kitchen items, dishes, silverware, glasses | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Power and manual tools | C.C.P. 703.140(b)(3) <br> C.C.P. 703.140(b)(6) | 200.00 <br> 0.00 | 200.00 |
| Surfboards | C.C.P. 703.140(b)(3) <br> C.C.P. 703.140(b)(5) | 300.00 <br> 0.00 | 300.00 |
| Tennis racket and other sports equipment | C.C.P. 703.140(b)(3) | 20.00 | 20.00 |
| Luggage and related personal items | C.C.P. 703.140(b)(3) | 90.00 | 90.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield

Case No.   12-40625

_____Debtor_____                    _____(If known)_____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal items in storage | C.C.P. 703.140(b)(3) | 40.00 | 40.00 |
| Law Office of Neil Jon Bloomfield | C.C.P. 703.140(b)(5) | 0.00 | 3,000.00 |
| Diigital Camera | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Laptop computers | C.C.P. 703.140(b)(6) | 300.00 | 300.00 |
| Cell phone, misc. small electronics | C.C.P. 703.140(b)(6) | 50.00 | 50.00 |
| 312 Trust Interests in MetLife PolicyholderTrust | C.C.P. 703.140(b)(7) C.C.P. 703.140(b)(8) | 0.00 1,951.00 | 1,951.00 |
| John Hancock Life Insurance; policy no. UL1402737 | C.C.P. 703.140(b)(8) | 8,023.00 | 8,023.00 |
| Older computers, supplies and office equipment and software other than that owned by Bloomfield Law Group, Inc. | C.C.P. 703.140(b)(5) C.C.P. 703.140(b)(6) | 0.00 0.00 | 0.00 |
| Bloomfield Law Group Trust Account, cash reserve; funds belonging to Neil Jon Bloomfield | C.C.P. 703.140(b)(5) | 0.00 | 584.19 |
| Law Offices of Neil Jon Bloomfield, Trust Account; funds that belong to Neil Jon Bloomfield | C.C.P. 703.140(b)(5) | 0.00 | 1,000.00 |
| Law Offices of Neil Jon Bloomfield, Payroll Account.; No. XX-248-4 | C.C.P. 703.140(b)(5) | 0.00 | 105.52 |
| Law Offices of Neil Jon Bloomfield, Operating Account.; No. XX-007-8 | C.C.P. 703.140(b)(5) | 2,582.64 | 2,814.53 |
| Law Offices of Neil Jon Bloomfield, Business Checking Account.; No. XX-0610 | C.C.P. 703.140(b)(5) | 40.63 | 40.63 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re   Neil Jon Bloomfield                                                     Case No.   12-40625
_____                                         _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Law Offices of Neil Jon Bloomfield, Business Checking; No. XX-0306 | C.C.P. 703.140(b)(5) | 111.15 | 111.15 |
| Law Offices of Neil Jon Bloomfield, Checking Account.; No. XX-7194 | C.C.P. 703.140(b)(5) | 188.58 | 188.58 |
| Books, pictures, other art objects | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6D (Official Form 6D) (12/07)

In re __Neil Jon Bloomfield_____,     Case No. 12-40625
                    **Debtor**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 112996987  Bank of America, N.A. 450 American St Simi Valley, CA 93065 | | | Lien: First Deed of Trust Security: 29 Anton Way  VALUE $        810,000.00 | | | X | 1,826,767.00 | 1,016,767.00 |
| ACCOUNT NO. 112997139  Bank of America, N.A. 450 American St Simi Valley, CA 93065 | | | Lien: First Deed of Trust Security: 233 Hillside; Fairfax, CA  VALUE $        825,000.00 | | | X | 1,669,897.00 | 844,897.00 |
| ACCOUNT NO. 113200904  Bank of America, N.A. 450 American St Simi Valley, CA 93065 | | | Lien: Second Deed of Trust Security: 233 Hillside; Fairfax, CA  VALUE $        825,000.00 | | | X | 264,629.00 | 264,629.00 This amount based upon existence of Superior Liens |
|  __5__ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $3,761,293.00 | $2,126,293.00 |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Neil Jon Bloomfield                                    ,          Case No.        12-40625
                          **Debtor**                                                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 113201480 <br><br> Bank of America, N.A. <br> 450 American St <br> Simi Valley, CA 93065 | | | Lien: Second Deed of Trust <br> Security: 29 Anton Way <br><br><br> VALUE $       810,000.00 | | | X | 7,485.00 | 7,485.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. Wells Fargo loan 0081344-298 <br><br> Brice, Vander Linden & Wernick, P.C.* <br> 9441 LBJ Freeway, Suite 250 <br> Dallas, TX 75243 | | | <br><br><br> VALUE $             0.00 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. Acct 122554DEN <br><br> Denton County Tax Collector/ Assessor <br> PO Box 90223 <br> Denton, TX  76202 | | | <br><br><br> VALUE $             0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Donnie R. Suggs <br> 9101 County Road 202 <br> Grandview, TX  76050-3961 | | | Incurred: 2010-2011 <br> Lien: Vendor's lien <br> Security: 9681 Cole Road, Pilot Point, Texas <br> Joint claim with Scott Suggs <br> VALUE $       660,000.00 | X | X | X | Notice Only | Notice Only |
| ACCOUNT NO. 44831868 <br><br> Ford Motor Credit <br> Po Box Box 542000 <br> Omaha, NE 68154 | | | Security: 2009 Ford F450 truck <br><br><br> VALUE $        26,500.00 | | | X | 33,049.00 | 6,549.00 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)    $ 40,534.00    $

Total(s) (Use only on last page)    $    $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X06210 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont.**

In re    Neil Jon Bloomfield                                    ,          Case No.      12-40625
            **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fred A Rico Hurvich<br>Post Office Box 1704<br>Mill Valley, CA  94942 | | | Incurred: 2007<br>Lien: First Deed of Trust<br>Security: 1868 Virginia Avenue; Novato, CA<br><br>VALUE $             245,000.00 | | | | 100,000.00 | 0.00 |
| ACCOUNT NO. 1400010000124837<br><br>GE Capital Retail Bank<br>PO Box 539912<br>Atlanta, GA  30353-0912 | | | Security: 2008 Exiss Horse Trailer<br><br><br>VALUE $               9,000.00 | | | X | 13,063.00 | 4,063.00 |
| ACCOUNT NO. APN 035-272-090-000<br><br>Lake County Tax Collector<br>255 N. Forbes Street, Room 215<br>Lakeport, CA  95453 | | | Lien: real property taxes<br><br><br>VALUE $               1,000.00 | | | | 739.56 | 0.00 |
| ACCOUNT NO. Attys for Suggs<br><br>Lane E. Rugeley*<br>Rugeley & Bonner<br>Attorneys at Law<br>161 North Caddo Street<br>Cleburne, TX  76031 | | | <br><br><br>VALUE $                      0.00 | | | X | Notice Only | Notice Only |
| ACCOUNT NO. APN: 002-143-18<br><br>Marin County Tax Collector<br>Civic Center, PO Box 4220 Room 202<br>San Rafael, CA  94913-4200 | | | <br><br><br>VALUE $                      0.00 | | | | 0.00 | 0.00 |

Sheet no.  2  of  5  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)   $   113,802.56   | $
(Total(s) of this page)

Total(s)   $   | $
(Use only on last page)

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont.**

In re ___Neil Jon Bloomfield_____,   Case No. ____12-40625_____
         **Debtor**                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. APN: 143-380-26<br><br>Marin County Tax Collector<br>Civic Center, PO Box 4220 Room 202<br>San Rafael, CA  94913-4200<br><br>VALUE $ 0.00 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO. B95-098-03; 011-245-27<br><br>Marin County Tax Collector<br>Civic Center, PO Box 4220 Room 202<br>San Rafael, CA  94913-4200<br><br>VALUE $ 0.00 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Michael Abrams<br>c/o Pantha Imports<br>247 Treetop<br>Rye Vrook, NY  10573<br><br>VALUE $ 245,000.00 | | | Incurred: 2009<br>Lien: Second Deed of Trust<br>Security: 1868 Virginia Avenue; Novato, CA | | | | 20,000.00 | 0.00 |
| ACCOUNT NO. Attys for Suggs<br><br>R. Scott Alagood*<br>Alagood & Cartwright<br>1710 Wstminster<br>Denton, TX  76205<br><br>VALUE $ 0.00 | | | | | | X | Notice Only | Notice Only |
| ACCOUNT NO. 2236990002<br><br>Redwood Credit Union<br>3033 Cleveland Ave Ste 1<br>Santa Rosa, CA 95403<br><br>VALUE $ 26,300.00 | | | Security: 2006 Sundowner horse trailer | | | | 45,655.00 | 19,355.00 |

Sheet no. _5_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

           Subtotal (s) ► $ 65,655.00 | $
(Total(s) of this page)

           Total(s) $ | $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Neil Jon Bloomfield                              ,          Case No.      12-40625
              **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2236990001<br><br>Redwood Credit Union<br>3033 Cleveland Ave Ste 1<br>Santa Rosa, CA 95403 | | | Security: 2000 Fleetwood Jamboree<br><br><br>VALUE $          3,000.00 | | | | 2,418.00 | 0.00 |
| ACCOUNT NO. 2236990002<br><br>Redwood Credit Union*<br>PO Box 6104<br>Santa Rosa, CA 95406 | | | <br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 2236990001<br><br>Redwood Credit Union*<br>PO Box 6104<br>Santa Rosa, CA 95406 | | | <br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Scott M. Suggs<br>6736 E. US Highway 82<br>Gainesville, TX 76240-7169 | | | Incurred: 2010-2011<br>Lien: Vendor's Lien<br>Security: 9681 Cole Road; Pilot Point, Texas<br>Joint claim with Donnie Suggs **<br>VALUE $        660,000.00 | X | X | X | 600,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Scott M. Suggs  (Cont.-) | | | ** Scott and Donnie Suggs claim amount is $825,000 less payments on account; and reduced by offsets for damages and rescission/restitution (in process)<br>VALUE $          0.00 | | | | 0.00 | 0.00 |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  ▶
(Total(s) of this page)            $   602,418.00       $

Total(s)  ▶
(Use only on last page)           $                        $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 12-40625    Doc# 24    Filed: 02/13/12    Entered: 02/13/12 22:41:58    Page 19 of 43

**B6D (Official Form 6D) (12/07) – Cont.**

In re    Neil Jon Bloomfield                                            ,          Case No.       12-40625
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. APN 095-160-006-000 <br><br> Sonoma County Tax Collector <br> 585 Fiscal Drive, Room 100 <br> Santa Rosa, CA 95403 <br><br> VALUE $ 0.00 | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Theodore Phillips <br> PO Box 310 <br> Fairfax, CA 94978 <br><br> VALUE $ 245,000.00 | | | Lien: Third Deed of Trust Security: 1868 Virgina Avenue, Novato, CA | | | | 75,000.00 | 0.00 |
| ACCOUNT NO. 65065075986420001 <br><br> Wells Fargo Bank NA <br> Po Box 31557 <br> Billings, MT 59107 <br><br> VALUE $ 725,000.00 | | | Lien: Second Deed of Trust Security: 9635 Cole Rd, Pilot Point, TX | X | | X | 176,486.00 | 176,486.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 7080081344293 <br><br> Wells Fargo Bank NA <br> Wells Fargo Home Mortgage <br> 8480 Stagecoach Circle <br> Frederick, MD 21701 <br><br> VALUE $ 725,000.00 | | | Incurred: 11/15/2007 Lien: First Deed of Trust Security: 9635 Cole Road, Pilot Point, TX | | | X | 1,109,705.00 | 384,705.00 |
| ACCOUNT NO. 921 000 0212-55-0402 <br><br> WestAmerica Bank <br> PO Box 1260 <br> Suisin CIty, CA 94585 <br><br> VALUE $ 0.00 | | | Incurred: 2010-2011 Lien: UCC-1 Security: Security interest in Accounts Receivable of Law Offices Neil Bloomfield | | | | 232,000.00 | 232,000.00 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 1,593,191.00 | $ 793,191.00 |
| Total(s) (Use only on last page) | $ 6,176,893.56 | $2,956,936.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

*Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X06210 - Acrobat PDFWriter*

Case: 12-40625    Doc# 24    Filed: 02/13/12    Entered: 02/13/12 22:41:58    Page 20 of 43

In re  Neil Jon Bloomfield                                                              ,     Case No.     12-40625
              Debtor                                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re___Neil Jon Bloomfield_____,     Case No.___12-40625_____
              Debtor                                                            (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___0___ **continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re __Neil Jon Bloomfield_____,    Case No. ___12-40625_____
       Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>901 E Street, LLC<br>P.O.Box 314<br>Belvedere, CA 94920 | | | Incurred: 2011<br>Rental arrearages for 901 E Street, Suite 100, San Rafael, CA | | | | 13,639.00 |
| ACCOUNT NO.   GM Card<br><br>Allied Interstate LLC*<br>PO Box 361774<br>Columbus, OH 43236 | | | | | | X | Notice Only |
| ACCOUNT NO.   xxxx-9653<br><br>American Express<br>P.o. Box 981537<br>El Paso, TX 79998 | | | | | | X | 47,696.00 |
| ACCOUNT NO.   Bank of America<br><br>Associated Recovery Systems*<br>PO Box 469048<br>Escondido, CA 92046-9048 | | | | | | X | Notice Only |

___12___continuation sheets attached

                                        Subtotal ➤ | $ | 61,335.00

                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                              ,          Case No.  12-40625
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  287231234668 <br><br> AT&T Mobility <br> P.O. Box 6463 <br> Carol Stream, IL  60197-6463 | | | Consideration: Telephone service | | | | 206.68 |
| ACCOUNT NO. <br><br> Attorney Assistance <br> 55 Cavalla Cay <br> Novato, CA  94949 | | | | | | | 5,705.00 |
| ACCOUNT NO.  xxxx-5111 <br><br> Bank of America <br> Po Box 1598 <br> Norfolk, VA 23501 | | | | | | X | 9,703.00 |
| ACCOUNT NO.  xxxx-2681 <br><br> Bank of America <br> Po Box 1598 <br> Norfolk, VA 23501 | | | | | | X | 5,514.00 |
| ACCOUNT NO.  xxxx-4037 <br><br> Bank of America <br> Po Box 982238 <br> El Paso, TX 79998 | | | | | | X | 99,449.00 |

Sheet no.  1  of  12  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 120,577.68

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                        ,          Case No. ___12-40625___
           **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-8913 <br><br> Bank of America <br> Po Box 982238 <br> El Paso, TX 79998 | | | | | | X | 1,950.00 |
| ACCOUNT NO. <br><br> Ben Becker <br> 590 Redwood Highway, Ste 1200 <br> Mill Valley, CA  94941 | | | | | | | 10,000.00 |
| ACCOUNT NO. <br><br> Born2Be Showhorses, LLC <br> 901 E Street, Suite 100 <br> San Rafael, CA  94901 | | | | | | | Unknown |
| ACCOUNT NO.  xxxx-8581 <br><br> Capital One <br> PO Box 85520 <br> Richmond, VA 23285 | | | | | | X | 0.00 |
| ACCOUNT NO. <br><br> Charles Zeigler <br> 180 Harbor Drive, Suite 205 <br> Sausalito, CA  94965 | | | Claims to be determined for loans, capital advances and use of credit lines, relating to Dillon Vision, LLC | | | | 10,000.00 |

Sheet no. __2__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 21,950.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Neil Jon Bloomfield                              ,          Case No.    12-40625
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxx-0040 <br><br> Chase <br> P.o. Box 15298 <br> Wilmington, DE 19850 | | | | | | X | 26,585.00 |
| ACCOUNT NO.   File 356939-5  (Citibank <br><br> CIR Law Offices, LLP* <br> Michael J. Mixer, Esq. <br> 8665 Gibbs Dr, Ste 150 <br> San Diego, CA  92123 | | | | | | X | Notice Only |
| ACCOUNT NO.   xxxx-9613 <br><br> Citibank USA <br> CITICORP CREDIT SVS/ATTN: <br> CENTRALIZED BK <br> PO Box 20363 <br> Kansas City, MO 64195 | | | | | | X | 26,072.00 |
| ACCOUNT NO.   Bank of America <br><br> Client Services, Inc.* <br> 3451 Harry S. Turman Boulevard <br> St. Charles, MO  63301-4047 | | | | | | X | Notice Only |
| ACCOUNT NO. <br><br> Cole Road Enterprises, LLC <br> 901 E Street, Suite 100 <br> San Rafael, CA  94901 | | | | | | | Unknown |

Sheet no.  3  of  12  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         52,657.00

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                          ,          Case No.  12-40625
        **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx2963<br>Consecofin<br>1400 Turbine Drive<br>Rapid City, SD 57701 | | | | | | X | 0.00 |
| ACCOUNT NO.<br>Dana Philips<br>P.O. Box 310<br>Fairfax, CA  94930 | | | | | | | Unknown |
| ACCOUNT NO.<br>Dillon Vision, LLC<br>901 E Street, #100<br>San Rafael, CA  94901 | | | Repay capital advances and loans; amount to be determined | | | X | 10,000.00 |
| ACCOUNT NO.  xxxx-8320<br>Discover Fin Svcs LLC<br>Po Box 15316<br>Wilmington, DE 19850 | | | | | | X | 24,393.00 |
| ACCOUNT NO.  GE Capital<br>Enhanced Recovery Company, LLC<br>8014 Bayberry Road<br>Jacksonville, FL  32256-7412 | | | | | | X | 0.00 |

Sheet no.  4  of  12  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    34,393.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                              ,       Case No. ___12-40625___
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5124686<br><br>Equable Ascent Financial<br>1120 West  Lake Co<br>Buffalo Grove, IL 60089 | | | | | | X | 18,496.00 |
| ACCOUNT NO.  41593<br><br>Exchange Bank<br>440 Aviation Blvd<br>Santa Rosa, CA 95402 | | | | | | X | 0.00 |
| ACCOUNT NO.  520593990000<br><br>First Data<br>4000 Coral Ridge Drive<br>Coral Springs, FL 33065 | | | | | | X | 808.00 |
| ACCOUNT NO.  xxxx-0007<br><br>GECRB/Care Credit<br>C/o PO Box 965036<br>Orlando, FL 32896 | | | | | | X | 0.00 |
| ACCOUNT NO.  xxxx-1015<br><br>GECRB/Care Credit<br>C/o PO Box 965036<br>Orlando, FL 32896 | | | | | | X | 18,461.00 |

Sheet no. __5__ of __12__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

                                                     Subtotal ➤ $   37,765.00

                                                     Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                                    ,          Case No. ___12-40625___
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-0007<br><br>GEMB / HH Gregg*<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | | | | | | X | Notice Only |
| ACCOUNT NO.<br><br>Gerald Treadway<br>6960 Round Oak Avenue<br>Penngrove, CA  94951 | | | Owns 59.75% of 233 Hillsdie; and one-third interest in judgment against Richard Trieber | | | | 300,000.00 |
| ACCOUNT NO.   Customer ID 498<br><br>Herb's Pool Service<br>3769 Redwood Highway<br>San Rafael, CA  94903 | | | | | | | 832.63 |
| ACCOUNT NO.  5124686<br><br>Hilco Receivables*<br>Equable Ascent Financial LLC, Att Bkrcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | | | | | | X | Notice Only |
| ACCOUNT NO.  xxxx-5285<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | | | | | X | 9,675.00 |

Sheet no.  6  of  12  continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  310,507.63

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Neil Jon Bloomfield                                          ,         Case No.  12-40625
            **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-2282 <br><br>HSBC Bank* <br>HSBC Card Services <br>Attn: Bankruptcy Department <br>PO Box 5213 <br>Carol Stream, IL 60197 | | | | | | X | Notice Only |
| ACCOUNT NO. <br><br>Jill Freed <br>P.O. Box 310 <br>Fairfax, CA  94930 | | | Consideration: Personal Loan | | | | 2,000.00 |
| ACCOUNT NO. <br><br>Larsen's Feed <br>7400 Gravenstein Highway <br>Cotati, CA  94931 | | | | X | X | X | Unknown |
| ACCOUNT NO. <br><br>Lawrence Kilpatrick <br>6078 Della Court <br>Rohnert Park, CA  94928 | | | Incurred: 2011 <br>Consideration: Roof repair | | | | 500.00 |
| ACCOUNT NO. <br><br>Michael Cooney <br>180 Harbor Drive, Suite 205 <br>Sausalito, CA  94965 | | | Claims to be determined for loans, capital advances and use of credit lines, relating to Dillon Vision, LLC | | | | 10,000.00 |

Sheet no. 7 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    12,500.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Neil Jon Bloomfield                    ,        Case No.   12-40625
          **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Cause No. EV12-0004J5 <br><br> Mike Bateman <br> Justice of the Peace <br> 1400 FM 424, Suite 124 <br> Cross Roads, TX  76227-7284 | | | | | | X | Notice Only |
| ACCOUNT NO.  6029050 <br><br> National Appliance Service <br> 20 Joseph Court <br> San Rafael, CA  94903 | | | Incurred: 2010 | | | X | 1,445.00 |
| ACCOUNT NO.  Bank of America <br><br> National Enterprise Systems* <br> 29125 Solon Road <br> Solon, OH  44139-3442 | | | | | | X | Notice Only |
| ACCOUNT NO.  29 Anton Way <br><br> Pacific LMG <br> 2181 Greenwich Street <br> San Francisco, CA 94123 | | | | | | X | 4,750.00 |
| ACCOUNT NO. <br><br> Penny Chambers <br> PO Box 118 <br> Fairfax, CA  94978 | | | | | | | 730.00 |

Sheet no.  8   of  12   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    6,925.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter*

In re    Neil Jon Bloomfield _____,       Case No. ___12-40625_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter Lacques<br>130 Live Oak<br>Fairfax, CA 94930 | | | | | | X | 0.00 |
| ACCOUNT NO. 8026768894 5<br><br>PG&E<br>PO Box 8329<br>Stockton, CA 95208 | | | Consideration: Utility service at 233 Hillside Drive | | | X | 12,448.79 |
| ACCOUNT NO.<br><br>Polymer Technology, Inc.<br>6960 Round Oak Avenue<br>Penngrove, CA 94951 | | | Co-owner with Neil Jon Bloomfield and Gerald Treadway of judgment against Richard Trieber | | | | Notice Only |
| ACCOUNT NO. xxxx0170<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | | | | | X | 18,755.00 |
| ACCOUNT NO. xxxx0666<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | | | | | X | 7,587.00 |

Sheet no. _9_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   38,790.79

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                    ,        Case No. ___12-40625_____
      **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx-0170<br><br>Portfolio Recovery*<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | | | | | X | Notice Only |
| ACCOUNT NO. xxxx-0666<br><br>Portfolio Recovery*<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | | | | | X | Notice Only |
| ACCOUNT NO. xxxx-1103<br><br>THD/CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117 | | | | | | X | 0.00 |
| ACCOUNT NO. Attys for American Express<br><br>The Moore Law Group, APC*<br>3720 South Susan Street, Suite 210<br>PO Box 25145<br>Santa Ana, CA 92799 | | | | | | X | Notice Only |
| ACCOUNT NO. 314900440025 - Kaiser<br><br>UCSB Incorporated<br>PO Box 74929<br>Los Angeles, CA 90004-0929 | | | | | | X | 646.98 |

Sheet no. __10__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 646.98
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield                    ,          Case No.  12-40625
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9390191121 <br><br> Vericrest <br> Po Box 24610 <br> Oklahoma City, OK 73124 | | | | | | X | 0.00 |
| ACCOUNT NO.  101-760-177  101-759-261 <br><br> Waste Management <br> P.O. Box 660345 <br> Dallas, TX  75266-0345 | | | Consideration: Utility service <br> For service at 9681 Cole Road; Pilot Point, TX | | | | 432.38 |
| ACCOUNT NO.  xxxx-0666 <br><br> Wells Fargo Bank <br> Po Box 14517 <br> Des Moines, IA 50306 | | | | | | X | 7,396.00 |
| ACCOUNT NO.  xxxx-0170 <br><br> Wells Fargo Bank <br> Po Box 14517 <br> Des Moines, IA 50306 | | | | | | X | 9,676.00 |
| ACCOUNT NO.  xxxx-9909 <br><br> Wells Fargo Business Dept <br> Po Box 29482 <br> Phoenix, AZ 85038 | | | | | | X | 7,063.00 |

Sheet no.  11  of  12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    24,567.38

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter*

In re  Neil Jon Bloomfield _____ ,  Case No. ___12-40625_____
        **Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-0666<br><br>Wells Fargo Card Services*<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328 | | | | | | X | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $ 722,615.46

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re <u>Neil Jon Bloomfield</u>      Case No. <u>12-40625</u>

       **Debtor**                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bloomfield Law Group, Inc. 901 E Street, Suite 100 San Rafael, CA 94901 | Rental agreement (Debtor is landlord) with Bloomfield Law Group, Inc. for 901 E Street, Suite 100, San Rafael, CA for office space<br><br>Lease on nonresidential real property |
| Bloomfield Law Group, Inc. 901 E Street, Suite 100 San Rafael, CA 94901 | Agreement for collection by Bloomfield Law Group, Inc of cases / judgments / accounts receivable for the Debtor |
| Donnie R. Suggs 9101 County Road 202 Grandview, TX 76050-3961 | Exclusive Preemptive RIght (of Debtor, jointly with Cole Road Enterprises, LLC) to purchase or rescind residential real property at 9681 Cole Road, Pilot Point, Texas |
| Scott M. Suggs 6736 E. US Highway 82 Gainesville, TX 76240-7169 | see Donnie Suggs above. Exclusive Preemptive RIght (of Debtor, jointly with Cole Road Enterprises, LLC) to purchase or rescind residential real property at 9681 Cole Road, Pilot Point, Texas |
| Pitney Bowes 2225 American Drive Neenah, WI 54956-1005 | Contract for postage meter and scale |
| AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | Cell phone contract |
| Sheri Lang 9635 Cole Road Pilot Point, TX 76258 | Rental agreement |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield
_____
        **Debtor**

Case No.  12-40625
_____
              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | Records storage and retrieval |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re  Neil Jon Bloomfield _____     Case No.  12-40625 _____
         **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cole Road Enterprises, LLC<br>9635 Cole Road<br>Pilot Point, TX  76258 | Donnie R. Suggs<br>Scott M. Suggs |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

B6I (Official Form 6I) (12/07)

In re ___Neil Jon Bloomfield_____  **Case** ___12-40625_____
         **Debtor**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | N.A. |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,200.00 | $ N.A. |
| 8. | Income from real property | $ -7,160.00 | $ N.A. |
| 9. | Interest and dividends | $ 35.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify) SS | $ 794.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income BLG Sub S Cap With/Earn (Specify) | $ 10,070.00 $ 0.00 | $ N.A. $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,939.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 6,939.00 | $ N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 6,939.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

In re __Neil Jon Bloomfield_____     Case No. __12-40625_____
         **Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 10,951.00 |
| a. Are real estate taxes included? | Yes ✓  No _____ | |
| b. Is property insurance included? | Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 721.00 |
| b. Water and sewer | | $ 86.00 |
| c. Telephone | | $ 155.00 |
| d. Other _____ | | $ 166.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 265.00 |
| 4. Food | | $ 1,800.00 |
| 5. Clothing | | $ 250.00 |
| 6. Laundry and dry cleaning | | $ 110.00 |
| 7. Medical and dental expenses | | $ 300.00 |
| 8. Transportation (not including car payments) | | $ 190.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 252.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 326.00 |
| b. Life | | $ 210.00 |
| c. Health | | $ 119.00 |
| d. Auto | | $ 187.00 |
| e. Other_____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 2,132.00 |
| b. Other __cr card_____ | | $ 1,000.00 |
| c. Other __westam_____ | | $ 4,120.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 24,340.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    rent is lower than previous mortgage payment and rental income should increase

_____

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 6,939.00 |
| b. Average monthly expenses from Line 18 above | $ 24,340.00 |
| c. Monthly net income (a. minus b.) | $ -17,401.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of California

In re  Neil Jon Bloomfield
_____
Debtor

Case No.  12-40625 _____

Chapter  11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 3,298,000.00 | | |
| B – Personal Property | YES | 8 | $ 323,778.77 | | |
| C – Property Claimed as exempt | YES | 4 | | | |
| D – Creditors Holding Secured Claims | YES | 6 | | $ 6,176,893.56 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 722,615.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,939.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 24,340.00 |
| **TOTAL** | | 40 | $ 3,621,778.77 | $ 6,899,509.02 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

# United States Bankruptcy Court
## Northern District of California

In re ___Neil Jon Bloomfield_____  Case No. ___12-40625_____

_____Debtor_____

Chapter ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter

Neil Jon Bloomfield

**In re** _____  **Case No.** ___12-40625___
**Debtor**  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____42____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___February 13, 2012___       Signature: ___/s/ Neil Jon Bloomfield___
**Debtor**

Date _____       Signature: ___Not Applicable___
**(Joint Debtor, if any)**

**[If joint case, both spouses must sign.]**

---------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,       Social Security No.
of Bankruptcy Petition Preparer       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____       _____
   Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____       Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

---------------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-771 - 32672-301X-06210 - Acrobat PDFWriter